William O. Kimball (9460)
Brennan H. Moss (10267)
John P. Mertens (14522)
PIA ANDERSON MOSS HOYT, LLC
136 East South Temple, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 350-9000
Facsimile:  (801) 350-9010
E-mail: bkimball@pamhlaw.com
        bmoss@pamhlaw.com
        jmertens@pamhlaw.com
*Attorneys for Appellants*

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| MOUNTAIN DUDES, LLC<br><br>　Appellant,<br><br>v.<br><br>SPLIT ROCK HOLDINGS, et al.,<br><br>　Appellee(s). | **MOTION FOR LEAVE TO FILE CORRECTED APPELLATE BRIEF AND APPENDIX**<br><br>Case No. 18-4049<br><br>Dist/AG Docket: 2:13-cv-00510-CW |

Appellants Mountains Dudes, LLC, by and through their undersigned counsel of record, hereby respectfully move for leave to file a corrected Appellate Brief and Appendix, in place of the brief which was electronically filed with the 10th Circuit Court of Appeals on September 4, 2018.

Since the filing of Appellant's Brief and Appendix, it has come to Appellant's attention

that its Appendix does not comply with the 300-page requirement pursuant to the FRAP 30.1 (D)(5). To better serve the Court by providing a compliant brief before this issue is raised by the clerk and a replacement is required, Appellants respectfully seek leave to file the attached corrected brief and appendix in substitution of their original brief and appendix filed on September 4, 2018.

DATED this 5th day of September 2018.

PIA ANDERSON MOSS HOYT, LLC

*/s/ Brennan H. Moss*_____
William O. Kimball
Brennan H. Moss
John P. Mertens
*Attorneys for Appellants*

## CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

I hereby certify the following:

1. All required privacy redactions have been made;

2. The digital submission is an exact copy of the hard copies to be filed with the Clerk; and

3. The digital submission was scanned for viruses using Windows Defender, version 1.269.634.0 updated on August 21, 2018, and according to the program is free of viruses.

DATED September 5, 2018

/s/ Brennan H. Moss
Brennan H. Moss (Utah 10267)
John P. Mertens (Utah 14522)
PIA ANDERSON MOSS HOYT, LLC
Attorney for Plaintiffs-Appellant
136 E. South Temple, 19th Floor
Salt Lake City, Utah 84111
(801) 350 9000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September 2018, a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE CORRECTED APPELLATE BRIEF AND APPENDIX** was filed using the court's EM/ECF system, which sent notice to the following:

Michael C. Dunn
Adam C. Dunn
Clifford V. Dunn
DUNN LAW FIRM
110 W. TABERNACLE
P.O. Box 2318
St. George, Utah 84770
acdunn@dunnfirm.com


Joseph E. Wrona
WRONA DUBOIS PLLC
1745 Sidewinder Drive
Park City, Utah 84060
wrona@wgdlawfirm.com


Joseph M. Stultz
YORK HOWELL & GUYMON
6405 S. 3000 E., Suite 150
Salt Lake City, Utah 84121
joe@yorkhowell.com

*/s/ Jacqueline Ervin*