FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

September 6, 2018

Elisabeth A. Shumaker
Clerk of Court

_____

MOUNTAIN DUDES,

   Plaintiff - Appellant,

v.

SPLIT ROCK HOLDINGS, INC., a Utah corporation, et al.,

   Defendants - Appellees,

and

WELDON LARSEN,

   Defendant.

No. 18-4049

_____

## ORDER
_____

This matter is before the court on Appellant's Motion for Leave to File Corrected Appellate Brief and Appendix. The motion is denied without prejudice for failure to obtain opposing counsel's position. See 10th Cir. R. 27.1. Any renewed motion must be filed on or before September 10, 2018.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk