FILED  
United States Court of Appeals  
Tenth Circuit

September 10 2018

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

MOUNTAIN DUDES,

    Plaintiff - Appellant,

v.

SPLIT ROCK HOLDINGS, INC., a Utah corporation, et al.,

    Defendants - Appellees,

and

WELDON LARSEN,

    Defendant.

No. 18-4049

_____

**ORDER**
_____

    This matter is before the court on Appellant's *Motion for Leave to File Corrected Appellate Brief and Appendix*. Appellant filed its opening brief and one-volume appendix on September 4, 2018. Upon discovering that the one-volume appendix exceeded the 300-page limit in 10th Cir. R. 30.1(D)(5), Appellant broke the appendix into two smaller volumes and filed the present motion for leave to file a corrected brief and appendix. Appellant submitted the corrected brief and two-volume appendix on September 5, 2018.

    The court has identified several deficiencies in the corrected brief and appendix submitted on September 5, 2018. Accordingly, the motion for leave to file a corrected

brief and appendix is denied as moot, and Appellant is directed to correct the deficiencies in the September 5 brief and appendix in accordance with the clerk's deficiency notice.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Jane K. Castro
            Counsel to the Clerk