FILED
United States Court of Appeals
Tenth Circuit

December 28, 2018

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

MOUNTAIN DUDES,

    Plaintiff - Appellant,

v.

SPLIT ROCK HOLDINGS, INC., a Utah corporation, et al.,

    Defendants - Appellees,

and

WELDON LARSEN,

    Defendant.

No. 18-4049

---

**ORDER**

---

This matter is before the court upon receipt of an *Errata Sheet to Defendants/Appellees' Brief*, listing four citation changes to the response brief filed on November 20, 2018. **Within 7 days** from the date of this order, Appellees shall electronically file a corrected response brief with the changes identified in the errata sheet. In addition, within 2 business days of electronic filing, the 7 required hard copies

of the corrected response brief must be received in the clerk's office. *See* 10th Cir. R. 31.5.

          Entered for the Court
          ELISABETH A. SHUMAKER, Clerk

          by: Lindy Lucero Schaible
              Counsel to the Clerk