FILED
United States Court of Appeals
Tenth Circuit

**January 25, 2019**

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

MOUNTAIN DUDES,

   Plaintiff - Appellant,

v.

SPLIT ROCK HOLDINGS, INC., a Utah corporation, et al.,

   Defendants - Appellees,

and

WELDON LARSEN,

   Defendant.

No. 18-4049

_____

**ORDER**

_____

This matter is before the court *sua sponte* upon review of Appellant's *Opposition to Appellees' Filing of Corrected Brief*, and Appellees' *Response to Appellant's Opposition*. At the specific direction of the panel assigned to consider this appeal, these pleadings are taken under advisement. For purposes of the oral argument scheduled for March 18, 2019, counsel may not argue the contents of Appellant's proposed supplemental appendix, or any changes to Appellees' response brief other than the

citation corrections.

                Entered for the Court
                ELISABETH A. SHUMAKER, Clerk

                *[signature]*

                by: Jane K. Castro
                    Counsel to the Clerk